Jeffrey M. Jensen<br>
9903 Santa Monica Blvd. #890<br>
Beverly Hills, California 90212<br>
(310) 909-7043<br>
jeff@jensen2.com

December 28, 2023

**VIA ECF**

Hon. David N. Hurd
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street Utica, NY 13501

>   **RE: *Variscite NY Fourt, LLC, et al. v. New York Cannabis Control Board, et al.* – Request for Remote Appearance**

Dear Judge Hurd:

     If the Court holds oral argument on Plaintiffs Variscite NY Four, LLC and Variscite NY Five, LLC's Application for a Temporary Restraining Order, Plaintiffs would like me to represent them at the hearing as their lead counsel.  I would need to appear remotely from Los Angeles.  I am a member of the State Bar of New York, and I am admitted pro hac vice to the Northern District of New York for this matter.  Thus, I ask the Court to allow me to appear by video (preferred) or telephone.

                                                          Respectfully submitted,

                                                          Jeffrey M. Jensen