

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

January 12, 2024

**By ECF**
Honorable Anne M. Nardacci
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:   *Variscite NY Four, et al. v. New York State Cannabis Control Board, et al.*
      1:23-CV-1599 (AMN)(CFH)

Dear Judge Nardacci:

As required by Local Rule 7.1(b)(1), I write on behalf of Defendants to request the Court's leave to file a memorandum of law in excess of twenty-five (25) pages. Given the complexity of the legal and factual matters involved in this action, Defendants request the Court's permission to file a memorandum of law in opposition to Plaintiffs' motion for a preliminary injunction of up to thirty-five (35) pages.

Thank you for your consideration of this request.

Respectfully submitted,

**s/ *Ryan W. Hickey***
Ryan W. Hickey
Assistant Attorney General
(518) 776-2616
Ryan.Hickey@ag.ny.gov

cc: All counsel of record (via ECF)