

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 13, 2024

**By ECF**
Honorable Anne M. Nardacci
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:   *Variscite NY Four, et al. v. New York State Cannabis Control Board, et al.*
       1:23-CV-1599 (AMN)(CFH)

Dear Judge Nardacci:

     This Office represents Defendants New York State Cannabis Control Board, New York State Office of Cannabis Management ("OCM" or the "Office"), Tremaine Wright, and Chris Alexander (collectively "Defendants"). On January 16, 2024, Defendants filed a motion to dismiss. ECF No. 30. Plaintiffs' opposition was due on February 6, 2024. Plaintiffs did not file such opposition, or seek an extension of time to do so. Accordingly, Defendants respectfully request that their unopposed motion to dismiss be granted for all the reasons set forth in their previous submissions.

Respectfully submitted,

**s/ *Ryan W. Hickey***
Ryan W. Hickey
Assistant Attorney General
(518) 776-2616
Ryan.Hickey@ag.ny.gov

cc: All counsel of record (via ECF)