Jeffrey M. Jensen
9903 Santa Monica Blvd. #890
Beverly Hills, California 90212
(310) 909-7043
jeff@jensen2.com

February 13, 2024

**VIA ECF**

Hon. Anne M. Nardacci
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

      ***RE: Variscite NY Four, LLC, et al. v. New York Cannabis Control Board, et al. 1:23-cv-1599***

Dear Judge Nardacci:

      This letter responds to Defendants' letter of today asking the Court to dismiss Plaintiffs' action. Plaintiffs miscalendared the due date for the opposition. Plaintiffs will file their opposition by the close of business tomorrow.

      Respectfully submitted,

      */s/ Jeff Jensen*

      Jeffrey M. Jensen