

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 15, 2024

**By ECF**
Honorable Anne M. Nardacci
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:  *Variscite NY Four, et al. v. New York State Cannabis Control Board, et al.*
     1:23-CV-1599 (AMN)(CFH)

Dear Judge Nardacci:

  This Office represents Defendants New York State Cannabis Control Board, New York State Office of Cannabis Management ("OCM" or the "Office"), Tremaine Wright, and Chris Alexander (collectively "Defendants"). Yesterday, Plaintiffs filed a belated opposition to the Defendants' motion to dismiss. In the event the Court will accept this belated filing, Defendants request permission to file their reply papers on or before March 1, 2024.

  Thank you for your consideration of this request.

Respectfully submitted,

**s/ *Ryan W. Hickey***
Ryan W. Hickey
Assistant Attorney General
(518) 776-2616
Ryan.Hickey@ag.ny.gov

cc: All counsel of record (via ECF)