# JEFFREY M. JENSEN, PC
9903 Santa Monica Blvd., Suite 890, Beverly Hills, CA 90212
(310) 909-7043 | jeff@jeffreyjensen.com | www.jeffreyjensen.com

May 15, 2026

Hon. Anne M. Nardacci
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**_RE: Variscite NY Four, LLC, et al. v. New York Cannabis Control Board, et al._**
**_1:23-cv-1599_**

Dear Judge Nardacci:

In light of Magistrate Evangelista's orders at today's discovery conference, Plaintiffs ask the Court to rule on their Renewed Motion for TRO and PI as to the December Pool, but hold the ruling on the November Pool in abeyance until the parties complete the initial discovery and submit supplemental briefing.

Magistrate Evangelista ordered Plaintiffs' discovery deemed served as of today and Defendants' responses are due within 30 days. Defendants are to file any objections to the discovery by May 21, and the Magistrate will hold a discovery conference on those objections on May 22.

After Plaintiffs have reviewed the discovery responses, Plaintiffs will ask the Court to take the case out of abeyance and set a schedule for the parties to submit supplemental briefs regarding a TRO/PI against Licenses under the November Pool.

Very truly yours,

Jeffrey M. Jensen, Esq.[*]

---

[*] California Bar 262710         New York Bar 5375704         D.C. Bar 1018292